## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**BRIAN CORDELL MILES,**

      Petitioner,

  v.

**STATE OF MINNESOTA,**

      Respondent.

Civil No. 08-1174 (PJS/SRN)

**O R D E R**

---

Brian Cordell Miles, 1041 Ponderosa Way #D, Rock Springs, Wyoming 82901, pro se

Craig S. Nelson, Esq., Freeborn County Attorney's Office, 411 South Broadway Avenue, Albert Lea, Minnesota 56007, for Respondent

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Petitioner Brian Cordell Miles' Application for Habeas Corpus Relief under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 07/25/08

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Judge